UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 27 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>WILLIAM ANTHONY LANDRUS,<br><br>Defendant - Appellant. | No. 05-30263<br><br>D.C. No. CR-03-00019-1-f-RRB<br>District of Alaska,<br>Fairbanks<br><br>ORDER |

RECEIVED

MAR 0 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The court is of the unanimous opinion that the facts and legal arguments are adequately presented in the briefs and record and the decisional process would not be significantly aided by oral argument.

Therefore, this matter is ordered submitted without oral argument on Monday, March 6, 2006, in Seattle, Washington. Fed. R. App. P. 34(a).

FOR THE COURT,

CATHY CATTERSON
CLERK OF COURT

By: *[signature]*
Howard Hom
Deputy Clerk