UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
JUL 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 05-30263 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-03-00019-1-f-RRB |
| v. | |
| WILLIAM ANTHONY LANDRUS, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Fairbanks).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Fairbanks) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 06/05/06.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN 2 7 2006

by: [signature]
Deputy Clerk